IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| KENDRA BOZEMAN, | Civ. No. 6:25-cv-00037-AA |
| Plaintiff, | |
| vs. | |
| DESERT FIRE LLC dba SILVER DOLLAR CLUB; DAMON SHRADER; and DOES 1 through 10, inclusive, | **COLLECTIVE ACTION** <br><br> **JUDGMENT IN FAVOR OF PLAINTIFF KENDRA BOZEMAN** |
| Defendants, | |

AIKEN, District Judge:

On August 8, 2025, Defendants Desert Fire LLC dba Silver Dollar Club and Damon Shrader (collectively, "Defendants") served Plaintiff Kendra Bozeman with a Fed. R. Civ. P. 68 Offer of Judgment in this action in the amount of THIRTY-SIX THOUSAND U.S. DOLLARS ($36,000), inclusive of reasonable attorneys' fees and costs. On August 14, 2025, Plaintiff accepted the offer. *See* ECF No. 51.

In accordance with the Offer of Judgment and Notice of Acceptance, Plaintiff shall have and recover from Defendants, jointly and severally, the total sum of THIRTY-SIX THOUSAND U.S. DOLLARS ($36,000), inclusive of reasonable attorneys' fees and costs, and Defendants' Cross-Complaint's allegations are dismissed.

Page 1 – JUDGMENT

Accordingly, it is **ORDERED** that judgment is entered for Plaintiff and against Defendants for the total sum of THIRTY-SIX THOUSAND U.S. DOLLARS ($36,000), inclusive of reasonable attorneys' fees and costs, and Defendants' Cross-Complaint's allegations are dismissed.

It is so ORDERED and DATED this 11th day of September 2025.

    /s/Ann Aiken
ANN AIKEN
United States District Judge