IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| LAUREN JOHNSON, | Civ. No. 6:25-cv-00037-AA |
| Plaintiff, | |
| vs. | |
| DESERT FIRE LLC dba SILVER DOLLAR CLUB; DAMON SHRADER; and DOES 1 through 10, inclusive, | **COLLECTIVE ACTION** |
| | **JUDGMENT IN FAVOR OF PLAINTIFF LAUREN JOHNSON** |
| Defendants, | |

AIKEN, District Judge:

On August 7, 2025, Defendants Desert Fire LLC dba Silver Dollar Club and Damon Shrader (collectively, "Defendants") served Plaintiff Lauren Johnson with a Fed. R. Civ. P. 68 Offer of Judgment in this action in the amount of THIRTY-SIX THOUSAND U.S. DOLLARS ($36,000), inclusive of reasonable attorneys' fees and costs. On August 8, 2025, Plaintiff accepted the offer. *See* ECF No. 46.

In accordance with the Offer of Judgment and Notice of Acceptance, Plaintiff shall have and recover from Defendants, jointly and severally, the total sum of THIRTY-SIX THOUSAND U.S. DOLLARS ($36,000), inclusive of reasonable attorneys' fees and costs, and Defendants' Cross-Complaint's allegations are dismissed.

Accordingly, it is **ORDERED** that judgment is entered for Plaintiff and against Defendants for the total sum of THIRTY-SIX THOUSAND U.S. DOLLARS ($36,000), inclusive of reasonable attorneys' fees and costs, and Defendants' Cross-Complaint's allegations are dismissed.

It is so ORDERED and DATED this <u>11th</u> day of September 2025.

                                         /s/Ann Aiken
                                         ANN AIKEN
                                         United States District Judge