IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LAUREN JOHNSON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DESERT FIRE LLC, *et al.*, <br><br> Defendants. | Civ. No. 6:25-cv-00037-AA <br><br> **JUDGMENT** |

This action is DISMISSED.

DATED: 10/2/2025

Melissa Aubin, Clerk

By    /s/ C. Kramer
      Deputy Clerk

1 –JUDGMENT